DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

BISHEL, PETER D

BISHEL, GRACE D

                    Debtor(s)

Chapter 13
Case No. 10-59342 ASW

TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

341 Meeting: Date:OCTOBER 25, 2010 @ 1:30 PM
Pre-Hearing Conference Date: DECEMBER 13, 2010
Pre-Hearing Conference Time: 1:45 PM
Place: 280 S. 1st Street Room 3020
      San Jose, CA
Judge: Arthur S. Weissbrodt

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Pro Tanto% Plan for the following reasons:

1. The Trustee requests additional time to review the documents that were recently filed on October 20, 2010.

Dated: October 22, 2010                      /S/ Devin Derham-Burk

                                                  Chapter 13 Trustee

Trustee's Obj to Confirmation 10-59342 ASW–

1

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on October 22, 2010.

Said envelopes were addressed as follows:

| | |
|---|---|
| PETER D BISHEL & GRACE D BISHEL<br>P O BOX 53660<br>SAN JOSE, CA  95153 | MORAN LAW GROUP INC<br>1674 N SHORELINE BLVD STE 140<br>MOUNTAIN VIEW, CA  94043-1375 |

/S/  Erin Chew_____
Office of Devin Derham-Burk, Trustee

Trustee's Obj to Confirmation 10-59342 ASW–