DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re: )
)
BISHEL, PETER D ) Chapter 13
) Case No. 10-59342 ASW
)
) **1ST AMENDED**
BISHEL, GRACE D ) TRUSTEE'S OBJECTION TO
) CONFIRMATION WITH CERTIFICATE OF
) SERVICE
)
) Pre-Hearing Conference Date: DECEMBER 13,
) 2010
) Pre-Hearing Conference Time: 1:45 PM
) Place: 280 S. 1st Street Room 3020
Debtor(s) ) San Jose, CA
) Judge: Arthur S. Weissbrodt

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Pro Tanto%
Plan for the following reasons:

1. Pursuant to the debtors' Chapter 13 Plan filed on October 20, 2010 [docket #25], the debtors are proposing a 'base plan,' with monthly plan payments of $1,250.00 for a total 'pot' of $75,000.00. The 'pot' amount is not enough to cover priority debt, Attorney fees, and Trustee fees.

2. Ms. Bishel has failed to provide the Trustee with copies of all of her payment advices for the 60 days preceding the filing of the petition. Ms. Bishel must provide the Trustee with payment advices for pay date 9/3/10. If Ms. Bishel cannot provide said payment advices

1. a declaration, signed by Ms. Bishel under penalty of perjury, must be provided explaining why said payment advices are not available.

3. Pursuant to the Trustee's review of Mr. Bishel's payment advices provided by Mr. Bishel, it appears his gross monthly income is approximately $11,677.51 per month, not $8,850.49 as listed on Schedule I or $9,419.77 as listed on the Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income. In order for the Trustee to accurately determine Mr. Bishel's income for the six (6) months prior to filing, Mr. Bishel must provide the Trustee with a copy all payment advices he received in the month of February 2010 showing year to date income amounts.

4. Pursuant to the Trustee's review of Ms. Bishel's payment advices provided by Ms. Bishel, it appears her gross monthly income is approximately $11,736.73 per month, not $10,694.61 as listed on the Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income. In order for the Trustee to accurately determine Ms. Bishel's income for the six (6) months prior to filing, Ms. Bishel must provide the Trustee with a copy of the last payment advice she received in the month of February 2010 showing a year to date income amount.

5. The debtors have failed to appear and/or submit to examination under oath at the meeting of creditors under 11 U.S.C. §341(a). Without conducting this examination, the Trustee is unable to adequately investigate the debtors' financial affairs as she is required to do pursuant to 11 U.S.C. §1302(b)(1) (incorporating 11 U.S.C. §704(a)(4)). In addition, until the debtors are examined by the Trustee, she is unable to recommend confirmation of the debtors' plan. The Trustee requests that the debtors appear at a rescheduled meeting of creditors.

//

//

6. The debtors have failed to provide the Trustee with either or both 1) a government-issued photo identification, or 2) proof of a social security number. *See* 11 U.S.C. §521(h). Without being able to establish the identity of the debtors, the Trustee is unable to adequately investigate the financial affairs of the debtors or recommend confirmation. The Trustee requests that the debtors provide her with verification of both identity and social security number.

Dated: November 5, 2010                    /S/ Devin Derham-Burk
                                           _____
                                           Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's 1st Amended Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on November 5, 2010.

Said envelopes were addressed as follows:

| | |
|---|---|
| PETER D BISHEL & GRACE D BISHEL<br>P O BOX 53660<br>SAN JOSE, CA 95153 | MORAN LAW GROUP INC<br>1674 N SHORELINE BLVD STE 140<br>MOUNTAIN VIEW, CA 94043-1375 |

/S/ Erin Chew_____
Office of Devin Derham-Burk, Trustee